COOLEY LLP
MICHELLE C. DOOLIN (179445)
(doolinmc@cooley.com)
DARCIE A. TILLY (239715)
(dtilly@cooley.com)
TIMOTHY D. HANCE (288378)
(thance@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendant
HAWTHORNE LABS, INC.

**IT IS SO ORDERED**

Judge Edward J. Davila

5/13/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ATEBAR, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAWTHORNE LABS, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No.  14-cv-01285-EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO INITIAL COMPLAINT** |

WHEREAS, on January 7, 2014, Omar Atebar ("Plaintiff") filed a complaint against Hawthorne Labs, Inc. ("Hawthorne") in the Superior Court of California, County of Santa Clara, entitled *Omar Atebar v. Hawthorn Labs, Inc.*, Case No. 114cv258625 (the "Complaint");

WHEREAS, Hawthorne timely filed a Notice of Removal to United States District Court, Northern District of California on March 20, 2014;

WHEREAS, pursuant to a stipulation of the parties, Hawthorne has until May 12, 2014 to respond to the Complaint;

WHEREAS, the parties are continuing to meet and confer through counsel regarding the Complaint's allegations; and

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 14-CV-01285-EJD

1    WHEREAS, the parties desire to extend Hawthorne's deadline to answer or otherwise

2    respond to the Complaint for an additional sixty (60) days so that they may continue the meet and

3    confer process.

4    THEREFORE, to save party and Court resources, the parties to the above-captioned

5    action hereby stipulate and agree that Hawthorne shall have until and including July 11, 2014 to

6    file an answer or otherwise respond to the Complaint.

7    Dated:  May 12, 2014                    COOLEY LLP
                                            MICHELLE C. DOOLIN (179445)
8                                           DARCIE A. TILLY (239715)
                                            TIMOTHY D. HANCE (288378)
9

10

11                                          /s/Michelle C. Doolin
                                            Michelle C. Doolin (179445)
12
                                            Attorneys for Defendant
13                                          HAWTHORNE LABS, INC.

14   Dated:  May 12, 2014                    KEARNEY LITTLEFIELD LLP
                                            THOMAS A. KEARNEY (90045)
15                                          PRESCOTT W. LITTLEFIELD (259049)

16
                                            STONEBARGER LAW
17                                          GENE J. STONEBARGER (209461)
                                            RICHARD D. LAMBERT (251148
18                                          ELAINE W. YAN (277961)

19

20                                          /s/Richard D. Lambert
                                            Richard D. Lambert (251148
21
                                            E-Mail:  rlambert@stonebargerlaw.com
22
                                            Attorneys for Plaintiff
23                                          OMAR ATEBAR

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 14-CV-01285-EJD

1

## SIGNATURE CERTIFICATION

2       Pursuant to Civil L.R. 5-1, I hereby certify that the content of this document is acceptable

3  to counsel for Plaintiff, and that I have obtained authorization to affix his/her signature to this

4  document.

5

6                                          /s/Michelle C. Doolin

7                                          Michelle C. Doolin (179445)

8                                          Attorneys for Defendant
                                           HAWTHORNE LABS, INC.

9                                          E-Mail: doolinmc@cooley.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys At Law
San Diego

3.

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 14-cv-01285-EJD