Thomas A. Kearney, State Bar No. 90045
tak@kearneylittlefield.com
Prescott W. Littlefield, State Bar No. 259049
pwl@kearneylittlefield.com
**KEARNEY LITTLEFIELD LLP**
3436 N. Verdugo Road, Suite 230
Glendale, CA 91208
Telephone (213) 473-1900
Facsimile (213) 473-1919

Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
**STONEBARGER LAW**
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

Attorneys for Plaintiff
Omar Atebar

IT IS SO ORDERED
Judge Edward J. Davila
Dated: 8/18/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMAR ATEBAR, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAWTHORNE LABS INC.,<br><br>Defendants. | Case No. 14-cv-01285 EJD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Edward J. Davila |

STIPULATION FOR DISMISSAL

1    It is hereby stipulated and agreed that, in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii), Plaintiff Omar Atebar hereby dismisses on an individual basis all of his claims in this matter with prejudice against Defendant Hawthorne Labs Inc.

The September 24, 2015 Case Management Conference is VACATED.

Respectfully Submitted,

Dated: August 17, 2015                STONEBARGER LAW, APC

KEARNEY LITTLEFIELD, LLP


By: /s/ Richard D. Lambert
    Richard D. Lambert
    rlambert@stonebargerlaw.com
    Attorneys for the Plaintiff


Dated: August 17, 2015                COOLEY LLP



By: /s/ Michelle C. Doolin
    Michelle C. Doolin
    mdoolin@cooley.com
    Attorneys for Defendant

1

STIPULATION FOR DISMISSAL